PROB 12C
(7/93)

Report Date: July 27, 2011

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 27 2011

JAMES R. LARSEN,
                      DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rudy Lee Wahchumwah    Case Number: 2:08CR02016-001
                                                         2:03CR02248-001

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Toppenish, WA 98948

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 2:08CR02016-001: 12/1/2008
                           2:03CR02248-001: 8/3/2004

Original Offense:   2:08CR02016-001: Failure to Register as a Sex Offender, 18 U.S.C. § 2250

                    2:03CR02248-001: Crime on Indian Reservation - Sexual Abuse of a Minor,
                    18 U.S.C. § 2243

Original Sentence:  2:08CR02016-001              Type of Supervision: Supervised Release
                    Prison - 24 Months;
                    TSR - 36 Months
                    2:03CR02248-001
                    Prison - 33 Months;
                    TSR - 36 Months

Asst. U.S. Attorney: Alexander Carl Ekstrom      Date Supervision Commenced: 7/16/2010

Defense Attorney:    Alex B. Hernandez, III      Date Supervision Expires: 7/15/2012

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on January 5, 2011, February 8, 2011, and May 13, 2011.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance
---|---

10 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On July 7, 2011, Mr. Wahchumwah was arrested and charged with failure to register as a sex offender in U.S. District Court in the Eastern District of Washington, docket number 2:11CR02090-001.

Prob12C
Re: Wahchumwah, Rudy Lee
July 27, 2011
Page 2

According to the indictment, during a period of time beginning on or about June 13, 2011, continuing through on or about July 7, 2011, Mr. Wahchumwah failed to register as a sex offender, in violation of 18 U.S.C. § 2250.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/27/2011

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

July 27, 2011
Date